LS

_____ RETAIN

**Lori S. Simpson, U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                     Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 13

Date: 07/13/2020  Time: 02:00

**CASE: 19-22002 Cathy Grant**

Michael Patrick Coyle representing Cathy Grant (Debtor)

__ R. Herr __ F. Nix __ B. Tucci __ K. Smits
        representing Rebecca A. Herr (Trustee)

[40] Motion for Relief from Stay and Notice of Motion
as to Debtor and Co-Debtor BRIAN ALLEN GRANT Re:
11403 Ridge Lane, Monrovia, MD 21770. Fee Amount
$181. Notice Served on 1/22/2020, Filed by
U.S. Bank Trust National Association as Trustee
of Igloo Series III Trust. Objections due by 02/5/2020.
with three additional calendar days allowed if
all parties are not served electronically. Hearing
scheduled for 02/20/2020 at 10:00 AM – Courtroom
3-D. (Attachments: #s4 Notice of Motion Notice
of Motion)

**MOVANT**: U.S. Bank Trust National Association as Trustee of Igloo Series III
Trust BY C Peck

[42] Response on behalf of Cathy Grant Filed by Michael
Patrick Coyle (related document(s) 40 Relief
from Stay and Notice of Motion filed by Creditor
U.S. Bank Trust National Association as Trustee
of Igloo Series III Trust).

Ms Howell

[43] Supplemental Opposition on behalf of Cathy Grant
Filed by Michael Patrick Coyle (related document(s)
3 List of All Creditors)

**MOVANT**: Cathy Grant BY M Coyle

[45] Amended Motion FOR IN REM RELIEF FROM AUTOMATIC
STAY AND CO-DEBTOR BRIAN GRANT STAY AND HEARING
THEREON Re: 11403 Ridge Lane, Monrovia, MD 21770
Filed by U.S. Bank Trust National Association as
Trustee of Igloo Series III Trust (related document(s)
4 Notice of Motion) (Peck, Christopher) Modified
on 2/24/2020 (Harris, Asia).

**MOVANT**: U.S. Bank Trust National Association as Trustee of Igloo Series III
Trust BY C Peck

[49] Opposition on behalf of Cathy Grant Filed by Michael
Patrick Coyle (related document(s) 47 Amended
Notice of Motion filed by Creditor U.S. Bank Trust
National Association as Trustee of Igloo Series

III Trust).

**MOVANT** : Cathy Grant BY M Coyle

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____July 27, 2020   2PM_____

Other Matters: (List Paper No next to ruling)

| | | | | | |
|---|---|---|---|---|---|
| Granted | ___ | Sustained | ___ | Denied | ___ |
| Overruled | ___ | Withdrawn | ___ | Under Adv. | ___ |
| Moot | ___ | Consent | ___ | Dismissed | ___ |
| O.T.J. Fee | ___ | | | | |

DECISION:

[ ] Signed by Court            [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel       [ ] Court
    [ ] Respondent's counsel   [ ] Other _____

NOTES:

Foreclosure sale happened to the prior to the BK
D has no interest

D has made all of the plan paymts.
D has made BSI paymts.